WILLIAM H. FLANNERY et al., Respondents, *v.* THE COR-
NELL STEAMBOAT COMPANY, Appellant.

*Flannery* v. *Cornell Steamboat Co.*, 89 Hun, 135, affirmed.
(Argued March 25, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the second judicial department, entered
August 7, 1895, affirming a judgment in favor of plaintiffs,
entered upon a verdict, and an order denying a motion for a
new trial.

*Robert D. Benedict* for appellant.

*La Roy S. Gove* and *James J. Macklin* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur, except PARKER, Ch. J., GRAY and O'BRIEN, JJ.,
dissenting.

---

In the Matter of the Application of THE ATTORNEY-GENERAL
for an Order for the Examination of Witnesses under the
Provisions of Chapter 383 of the Laws of 1897 ; THE ATTOR-
NEY-GENERAL, Appellant ; SAMUEL SLOAN, Respondent.

*Matter of Attorney-General*, 22 App. Div. 285, appeal dismissed.
(Argued March 2, 1898; decided April 19, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 20, 1897, affirming an order of a justice of the
Supreme Court vacating, on motion of Samuel Sloan, an order
made by such justice *ex parte* on the 12th day of May, 1897,
requiring Sloan to appear and submit to an examination before
the bringing of an action under the provisions of chapter 383
of the Laws of 1897.

This case was argued and decided with *Matter of Attorney-
General* (*ante*, p. 441).

*T. E. Hancock, J. Newton Fiero* and *John C. Davies* for
appellant.

*David McClure* for respondent.

Appeal dismissed, with costs.
All concur.